# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ALLEN LEE POLK**                                                                      **PLAINTIFF**

**v.**                              **No: 4:19-cv-00652 JM-PSH**

**ARKANSAS PAROLE BOARD,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 20th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE